# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHARILUS MERA,**

      **Plaintiff,**

**v.**                                                **Case No: 6:22-cv-475-PGB-LHP**

**PEPSICO, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed September 23, 2022 (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Pepsico, Inc. (correctly known as Bottling Group, LLC), are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 26, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties